IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Casey McDaniel, | No. CV-25-00968-PHX-KML |
| Petitioner, | **ORDER** |
| v. | |
| Jason Gunther, | |
| Respondent. | |

Magistrate Judge Alison S. Bachus issued a Report and Recommendation (R&R) recommending petitioner James Casey McDaniel's petition for writ of habeas corpus be denied. (Doc. 13.) No objections were filed, and the R&R is adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

**IT IS ORDERED** the Report and Recommendation (Doc. 13) is **ADOPTED** and the petition for writ of habeas corpus (Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**. The Clerk of Court shall enter judgment and close this case.

Dated this 19th day of March, 2026.

Honorable Krissa M. Lanham
United States District Judge